NO. SCWC-29255

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

JEROME JANTO, Petitioner/Plaintiff-Appellant,

vs.

ROMAN CATHOLIC CHURCH IN THE STATE OF HAWAI'I,
Respondent/Defendant-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CIV. NO. 04-1-0398)

ORDER APPROVING STIPULATION AND DISMISSAL
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack, JJ.)

The Stipulation and Dismissal with Prejudice filed by

Petitioner/Plaintiff-Appellant on October 4, 2012, is hereby

approved and the appeal is dismissed with prejudice.

DATED: Honolulu, Hawai'i, October 8, 2012.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

